1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MARGARET LEHRKIND, CSBN 314717
   Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, CA 94105-1545
6      Telephone: (415) 977-8926
7      Facsimile: (415) 744-0134
   E-mail: Margaret.Lehrkind@ssa.gov
8
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ISMAEL CHAPA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:19-cv-00810-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF; ORDER** |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

Stip. to Voluntary Remand & Order; 1:19-cv-00810-SKO

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: December 23, 2019　　　　　　　PENA & BROMBERG, PLC

*/s/ Jonathan O. Peña\**
(*as authorized via email on December 23, 2019)
JONATHAN O. PENA, ESQ.
Attorney for Plaintiff

Dated: December 23, 2019　　　　　　　McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:　*/s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant U.S. Attorney
Attorneys for Defendant

Stip. to Voluntary Remand & Order; 1:19-cv-00810-SKO

2

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  December 23, 2019        PENA & BROMBERG, PLC

*/s/ Jonathan O. Peña\**
(*as authorized via email on December 23, 2019)
JONATHAN O. PENA, ESQ.
Attorney for Plaintiff

Dated:  December 23, 2019        McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant U.S. Attorney
Attorneys for Defendant

Stip. to Voluntary Remand & Order; 1:19-cv-00810-SKO

2

**ORDER**

Based upon the parties' above Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), (Doc. 13), and for good cause shown

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation.

The Clerk is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Ismael Chapa and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close the file.

IT IS SO ORDERED.

Dated: **December 23, 2019**                             /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE