# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL CHAPA, | Case No.: 1:19-cv-00810-SKO (SS) |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant | (Doc. 16) |

Based upon the parties' stipulation for the award and payment of Equal Access to Justice Act fees, costs, and expenses (Doc. 16),

IT IS HEREBY ORDERED that attorney's fees and expenses in the amount of three thousand five hundred dollars ($3,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the stipulation, (Doc. 16).

IT IS SO ORDERED.

Dated: **February 24, 2020**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE